# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 7277723 | K. Schuman | 820 | TN2 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 08/23/18 1328 | 36 CFR 2.32(a)(3)(1) | Natchez Trace Parkway MP 391 |

Offense Description: Factual Basis for Charge
Interfering with Agency Functions
Giving False Information to Authorized Person

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Fink | Caleb | D. |

Street Address: 130 Marvin Lane
City: Hawthorne  State: FL  Zip Code: 32640  Phone: (239) 878-7417

| Driver's License No. | CDL | D.L. State | Social Security No. | Date of Birth | Sex | Juvenile |
|---|---|---|---|---|---|---|
| F520-104-98-264-0 | | FL | | 07/24/1998 | M | |

Hair: Bn  Eyes: Gn  Height: 6'2"  Weight: 225

### VEHICLE

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| NA | NA | NA | NA | | NA |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ Forfeiture Amount
+ $30 Processing Fee
$ Total Collateral Due

**YOUR COURT DATE**
Court Address: 915 South Gahan St., Columbia, TN 38401
CAD # 11854
Date: 10/04/18  Time: 0900

X _Defendant Signature_

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **08/23** **20 18** while exercising my duties as a law enforcement officer in the **Middle** District of **Tennessee**

Violation: 36 CFR 2.32(B)(3)(1) Interfering with Agency Functions; Providing false information to authorized person.

Citation: 7277723

Defendant: Caleb D. Fink

I, Keith Schuman, was on uniformed patrol of the Natchez Trace Parkway on the date listed above at 1118 hours. At that time, I received information from maintenance employees regarding vandalism of the men's restroom at MP 407 in the Gordon House restrooms. The men's restroom had been vandalized with blue permanent marker in the form of graffiti in two places both with the same obscene phrase. The number associated with the phrase was a Florida area code. I had made contact with a group of traveling bicyclists at the same location the evening prior, and 3 of the 4 Identification cards were from Florida. I used TELO to identify the owner of the phone number and it returned to at least name of FINK, which was associated with the last name of one of the subjects. When CALEB D. FINK at MP 391 as he was traveling southbound on the parkway, I questioned FINK and he denied writing the graffiti on the restroom walls. I found a blue permanent marker among the group of 4 that matched the color and width of the graffiti. FINK's mother stated to me that FINK had asked her for the blue marker the prior evening, and had told her what he had written on the bathroom walls. FINK stated to me that the other male subject had performed the vandalism, and that he did not. IF I requested FINK to provide a statement to that effect stating what the other subject had done and to write the number of his father on the statement. FINK wrote a statement and the phone number on paper that I provided to him. The handwriting of the statement that FINK provided matched the handwriting of the graffiti on the bathroom walls and the number, which only FINK knew, also matched. I observed this and again asked FINK if he had performed the vandalism on the bathroom walls and he replied to me that he had performed the vandalism using the blue marker. I read FINK his Miranda warnings, and FINK voluntarily provided a statement of admission and providing false information to a federal officer. FINK was physically compliant throughout our contact.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/24/18  _Officer's Signature_
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: 11/19/2018  _U.S. Magistrate Judge_
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2018 16:12

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number: 7277704 | Officer Name (Print): K. Schumann | Officer No.: 820 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy): 08/23/18 1328 | Offense Charged ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.31(a)(3) |
| Place of Offense: Natchez Trace Parkway MP 407 |
| Offense Description: Factual Basis for Charge HAZMAT ☐ |
| Vandalism: Defacing and Damaging Government Property |

**DEFENDANT INFORMATION**

| Last Name: Fink | First Name: Caleb | M.I.: D. |
| Street Address: 130 Hawthorne Lane | Phone: (239) 878-7917 |
| City: Naples | State: FL | Zip Code: 32240 |
| Driver License No.: F520-104-98-267-0 | CDL ☐ | D/L State: FL | Social Security No.: 239 89 3672 | Date of Birth: 07/24/1998 |
| ☐ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair: Rd/Br | Eyes: Gr | Height: 5'2" | Weight: 189 |

**VEHICLE** VIN:

| Tag No.: NA | State: NA | Year: NA | Make/Model: NA | PASS ☐ | Color: NA | CMV ☐ |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (back of yellow copy).

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $30 Processing Fee
Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: 915 South Gaines St. Columbia TN 38401 | Date (mm/dd/yyyy): 10/04/18 | Time (hh:mm): 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____ 
Date: 8/23/18

Original - CVB Copy

CVB SCAN 09/17/2018 16:12

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **08/23**, 20**18** while exercising my duties as a law enforcement officer in the **Middle** district of **Tennessee**

Citation: **7277704**

Violation: 36 CFR 2.31(a)(3) Vandalism: Defacing and damaging government property

Defendant: Caleb D. Fink

I, Keith Schumann, was on uniformed patrol of the Natchez Trace Parkway on the date listed above at 1116 hours. At that time, I received information from maintenance employees regarding vandalism of the men's restroom at MP 407 in the Gordon House restrooms. The men's restroom had been vandalized with blue permanent marker in the form of graffiti in two pieces begin with the same obscene phrase. The number associated with the phrase was a Florida area code. I used open source contact with a group of deceased bicyclists at the same location the evening prior, and 3 of the 4 identification cards were from Florida. I used TELO to identify the owner of the phone number and it returned to be a last name of FINK, which was associated with the last name of one of the subjects with CALEB D. FINK at MP 391 as he was traveling southbound on the parkway. I questioned FINK and he denied writing the graffiti on the restroom walls. I found a blue permanent marker among the group of 4 that matched the color and width of the graffiti. FINK's mother stated to me that FINK had asked her for the blue marker the prior morning and held told her when he had written it in the bathroom walls. FINK stated to me that the other male subject had performed the vandalism and that he did not. I requested FINK to provide a statement and the phone number on paper that I provided to him. The handwriting of the statement that FINK provided matched the handwriting of the graffiti on the bathroom walls and the number which only FINK knew, also matched. I observed this and again asked FINK if he admitted to the vandalism on the bathroom walls and he replied to me that he had. FINK waived the vandalism using the government restroom. After admitting to the vandalism, the federal violation notice was issued, and presenting federal violation and federal officer, FINK was physically compliant throughout our contact.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/23/18      _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 11/19/2018      _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2018 16:12